# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:13-cv-1808

MATTHEW BOREN,

     Plaintiff,

v.

DEVELOPMENTAL DISABILITIES CENTER d/b/a IMAGINE! and IMAGINE HOME CARE

     Defendant.

_____

## ORDER DISMISSING DEFENDANT IMAGINE HOME CARE
_____

     The Court, having reviewed the Motion to Dismiss of Plaintiff, Matthew Boren, pursuant to C.R.C.P. 41, hereby

     ORDERS that all claims against Imagine Home Care only in this action are dismissed. This stipulation does not affect Plaintiff's claims against Defendant Developmental Disabilities Center d/b/a Imagine!, which remain pending before the Court.

     DATED: September 10th, 2013

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____

                                   Richard P. Matsch, Senior District Judge