**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:13-cv-01808

MATTHEW BOREN,

      Plaintiff,

v.

DEVELOPMENTAL DISABILITIES CENTER d/b/a IMAGINE!

      Defendant.
_____

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT AND
VACATING THE SCHEDULING CONFERENCE**
_____

      The Court, having reviewed the Unopposed Motion to Amend Complaint and Reschedule the

Scheduling Conference, hereby

      ORDERS that the Plaintiff's Unopposed Motion to Amend Complaint, is hereby granted. The

Plaintiff shall file an Amended Complaint on or before November 4, 2013. Additionally, the

Scheduling Conference currently set for November 1, 2013 is hereby vacated and will be rescheduled

at a later date.

      DATED this 22nd of October, 2013.

                        BY THE COURT

                        s/Richard P. Matsch

                        _____
                        The Honorable Richard P. Matsch
                        Senior District Judge