## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:13-cv-01808

MATTHEW BOREN,

    Plaintiff,

v.

DEVELOPMENTAL DISABILITIES CENTER d/b/a IMAGINE!

    Defendant.

_____

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT AND VACATING THE SCHEDULING CONFERENCE
_____

The Court, having reviewed the Unopposed Motion to Amend Complaint and Reschedule the Scheduling Conference, hereby

ORDERS that the Plaintiff's Unopposed Motion to Amend Complaint, is hereby granted. The Plaintiff shall file an Amended Complaint on or before November 4, 2013. Additionally, the Scheduling Conference currently set for November 1, 2013 is hereby vacated and will be rescheduled at a later date.

DATED this 22nd of October, 2013.

                        BY THE COURT

                        s/Richard P. Matsch
                        _____
                        The Honorable Richard P. Matsch
                        Senior District Judge