THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01808-RPM

MATTHEW BOREN,

    Plaintiff,

v.

DEVELOPMENTAL DISABILITIES CENTER d/b/a IMAGINE!

    Defendant.
_____

## ORDER OF DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismissal of Lawsuit [32] filed April 10, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 11th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge